**RECEIVED**

JUL 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_NETTO V Brown_

_____,

**Plaintiff(s),**

vs.

_____

_____,

**Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)

**Case No.**

1:18-cv-04838
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is _NETTO Vaughn Brown_ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

_____.

7.     Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (***Leave blank***

***if no custom or policy is alleged***):_____

_____

_____

_____.

8.     Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9.     (***Place an X in the box that applies. If none applies, you may describe the criminal***
***proceedings under "Other"***)  The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐   Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10.  Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Everytime am Doing wats Right Then for some Reason that the police in Hoffman Estate pull me out of my car Ten Time for No Reason. and its mostly as I get off work ahe Not Bothering NoBody when am sitting Not Driving pull out of my car Search 10 Times Illegal for No Reason. They search my Car and Just pull up on me as am Trying to get some peace. They EVEN pull up on me at Hotel in Hoffman I got prove Ten time I was search for Just sitting in my car 2017 I Also Had Guns Drawn on me Three Time for No Reason the Last one I Almost Lost My Life Thots when I Descise to

11.  Defendant acted knowingly, intentionally, willfully and maliciously.

12.  As a result of defendant's conduct, plaintiff was injured as follows:

White District court I Lost two JoBs They Broke my Hand in 2007. ALot more Whole Lot more I got Evidence This is Very Evil Thing that was Dun to my son.

13.  Plaintiff asks that the case be tried by a jury.  ☑ Yes  ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _NEtto Brown_

Plaintiff's name *(print clearly or type)*: _NEtto Brown_

Plaintiff's mailing address: _2225 Aalwinton place_

City _HOFFman Estate_ State _ILL_ ZIP _60169_

Plaintiff's telephone number: (_847-840-4711_).

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

# Hit and Run going to work

Car it was Damage
Total The other Driver kept
on going Did not stop
when I went to court my
case was Dealth with Like
I Did something when I Almost
lost my Life I Did Nothing
wrong where is my Justice
Equal Right I Just
got Hit again going to
work May 2017 coming
Home again From work
I FEEL and know this
was Attemp murder on
my Life



## CONFIDENTIALITY AGREEMENT

In order to provide an environment that is conducive to candid settlement discussions, it is important that all participants, including the mediator, participate in a private and confidential Mediation. To facilitate settlement discussions, the undersigned, pursuant to the provisions of the Uniform Mediation Act, agree to the following:

- Any information provided to the mediator is privileged and confidential.

- All oral and written communications made in pre-mediation communications and during any and all mediation sessions, including post-mediation follow up, shall remain confidential, are exempt from discovery, are inadmissible as evidence, and shall not be disclosed by the participants or the mediator in any court of law or other proceeding.

- The mediator shall not be subject to administrative or judicial process requiring disclosure of any matters discussed, nor shall the mediator disclose any information obtained or notes or work product produced during the Mediation sessions.

- All Mediation participants acknowledge the following exceptions to the aforesaid: evidence that is otherwise admissible or subject to discovery does not become inadmissible or protected from discovery solely by reason of its use in a Mediation; an exception to this confidentiality agreement may be made by the mediator or an attorney for professional misconduct reporting requirements, to defend against a lawsuit or claim against the mediator or an attorney for malpractice or other misconduct, or in the case of threat of serious imminent harm to any person. In such circumstances the mediator or attorney may report only the necessary information to the appropriate authorities, and the mediator shall not be compelled to provide evidence of a Mediation communication in a lawsuit or claim against any attorney or party participating in the Mediation.

**Case Name:** **Robert Brown v. University of Chicago Medical Center d/b/a Comer Children's Hospital**

**Date:** _11/5/15_

_(signature)_
**Hon. Stuart A. Nudelman (Ret.)**
**(Mediator)**

_Susan M. Brandas_
**Print Name**

_Susan M. Brandas_
**Signature**

_Netto Brown_
**Print Name**

_Netto Brown_
**Signature**

ADR Systems • 20 North Clark Street • Floor 29 • Chicago, IL 60602
312.960.2260 • info@adrsystems.com • www.adrsystems.com

Randall Lending

**Print Name**

Andrew T. Oppenheimer

**Print Name**

Nilsa Campos

**Print Name**

Anne Dyprey

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

_____

**Print Name**

Randall Lending

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

_____

**Signature**

2



| **Contusion Discharge Instructions** | Printed on 2017-05-26 |
|---|---|

*You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information*

## About this topic

A contusion is also called a bruise. If you have a minor accident, you may see an area of skin discoloration. Small blood vessels break and leak blood under the skin. A fall, bump, or being hit can cause a bruise.

## How a Bruise Heals



*when my Hand was Broken They say It was Contusion*

## What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says. This way you will know what you need to do.

- Place an ice pack or a bag of frozen peas wrapped in a towel over the injured part. Never put ice right on the skin. You may place the ice pack over the area every 2 hours to help the area feel better. Do not leave the ice on for more than 10 to 15 minutes at a time.

- Rest the hurt body part on a couch or pillow above the level of your heart to lower swelling.

- Do not rub your contusion. This may make it hurt more when you touch it. It may also make the area of contusion bigger.

## What follow-up care is needed?

Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

## What drugs may be needed?

The doctor may order drugs to:

- Help with pain and swelling

http://online.lexi.com/lco/action/pcm                                             5/26/2017

St Alexius Medical Center
1555 N. Barrington Rd
Hoffman Estates, IL 60169

Date: 05/26/17
Acct Num: F00053132247
Med Rec Num: F000466041
Name: NETTO V BROWN
Location: Emergency Depart
Primary Provider: SABIT,MOHAMMED H

# Patient Visit Information

## You were seen today for:

Contusion of right hand

## Follow-up

BROWN,NETTO V has been referred to the following clinics/specialists for follow-up care:

MICHON,JOHN J, MD
1786 MOON LAKE BLVD, SUITE 212
HOFFMAN ESTATES, IL 60169
847-882-8034

**Follow-Up Plan: 2 to 3 Days**

or your ophthalmologist

PATEL,RAJ D, MD
800 E. WOODFIELD ROAD, SUITE 102
SCHAUMBURG, IL 60173
847-995-9500

**Follow-Up Plan: 2 to 3 Days**

## New Prescriptions and Instructions from this Visit

1. Dextran70/Hypromellose[Artificial Tears EyeDrops]
    2 drop ophthalmic twice daily #1 bottle
    15 ml Drops
    Refills:

1312371-5344

# STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

**CHICAGO OFFICE**
100 RANDOLPH STREET
SUITE 10-100 INTAKE UNIT
CHICAGO, ILLINOIS 60601
(312) 814-6200

**SPRINGFIELD OFFICE**
DEPARTMENT OF HUMAN RIGHTS
222 SOUTH COLLEGE, ROOM 101
SPRINGFIELD, ILLINOIS 62704
(217) 785-5100

CHARGE NO:   **2017CP3281**
Control #   **18M0705.06**

## CHARGE OF DISCRIMINATION

I, **Netto Brown , 2225  Harwinton Place, Hoffman Estates, Illinois 60169, (847) 840-4711**, believe
that I have been personally aggrieved by a civil rights violation committed on **5/31/17  and 6/1/17**
by:

**RESPONDENT**

St. Alexius Medical Center
1555 Barrington Road
Hoffman Estates, Illinois 60169
(847) 843-2000
Cook

Went to this Hospital in
my community AND They Refuse to
Help me

**The particulars of the alleged civil rights violation are as follows:**

IDHR INTAKE JCA
JAN 2 '18 PM 1:57

### [SEE ATTACHED]

I, **Netto Brown ,** on oath or affirmation state that I am the Complainant herein, that I have read
the foregoing charge and know the contents thereof, and that the same is true and correct to the
best of my knowledge.

NETTO VOUGHN BROWN
_____
Complainant's Signature/Date

Subscribed and Sworn to

Before me this **2** day

Of **December , 2017**

_____
NOTARY PUBLIC SIGNATURE

"OFFICIAL SEAL"
ALEJANDRA G. BASURTO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/08/21

"return this copy"

EEO-5 FORM (Rev. 7/12-INT)

**HOFFMAN ESTATES POLICE DEPARTMENT**

**INTERNAL INVESTIGATIONS**

<u>**COMPLAINT RECEIPT FORM**</u>

C. R. NO._____ S.C. NO._____ DATE _2-29-2018_

5-20-1979

COMPLAINANT_____ SEX _Male_ RACE _B_ DOB: ~~5-5-2~~

CITY
ADDRESS _2225 Hote inte_ STATE _IL_ TX _847 840-4711_

MANNER COMPLAINT TAKEN: IN PERSON____ TELEPHONE_____ LETTER_____

COMPLAINT CATEGORY:_____

LOCATION OF INCIDENT: _Barrington Square_ DATE:_____ TIME_____

OFFICer Hoffman
ACCUSED MEMBER_____ _police_ ~~they said~~ #_____

ISSUING OFFICER'S SIGNATURE: _2-29-2018_ DATE _2-29-2018_

COMPLAINANT'S SIGNATURE: _NEtto Brown_ DATE_____

I was NOT DOING aNything
He said by me Have my Lights oN
my car Look supcious I pay my associat
FEE There

PREPARE IN DUPLICATE:  Original copy to complainant.
                       Copy to investigator's file.

HE-41

Li. Com Brunens
847 781-2807



**CITY OF ELMHURST**
**SUGGESTED FORM**

## FREEDOM OF INFORMATION REQUEST FOR PUBLIC RECORDS

To:   City of Elmhurst
      Freedom of Information Officer
      209 North York Street
      Elmhurst, IL  60126

From: _NEtto brown_
Name
_2225 Hatwinton_
Address
_Hoffman Estate_
City, State, Zip Code
_847-840-4711_
Telephone

Description of records requested:                                    6-13-2

_ALL Vehicle present Dashboard Time 9:10 Am_
_INcLUDE CoughLIN Badge 209 ALSo Chief white Shirt_
_DaNtas ALL Report Documents_

Are you asking for these records for commercial use/purposes?  ☐ Yes   ☒ No

(5 ILCS 140/3.1) (c) It is a violation of the Freedom of Information Act for a person to knowingly obtain a public record for a commercial purpose without disclosing that it is for a commercial purpose if requested to do so by the public body.

Please indicate the format in which you would like the City to respond to your request, if applicable:

☐ Inspection Only    ☒ Hard Copy    ☐ Email: _____

☐ Fax: _____    ☐ Other Format: _____

Do you wish to have copies certified:            ☒ Yes    ☐ No

Do you request a reduction or waiver of fees:    ☐ Yes    ☒ No

---

**For Office Use Only:**

Date Received: _6/13/17_ Due Date: _6/20/17_ Response Date: _6/21/17_

Responding Departments:

☐ Admin.  ☐ Development  ☐ Engineering  ☐ Finance  ☐ H.R.  ☐ Museum  ☒ Police

Notations: _____

---

Information Picked Up, Mailed and/or Otherwise Delivered On: _6/21/17 to Be_
_Dindux up_

## ILLINOIS WORKERS' COMPENSATION COMMISSION
## AMENDED APPLICATION FOR ADJUSTMENT OF CLAIM   (APPLICATION FOR BENEFITS)

ATTENTION. Please type or print. Answer all questions. File three copies of this form.

Workers' Compensation Act ☒   Occupational Diseases Act ☐   Fatal case? No ☒ Yes ☐   Date of death _____

FEB 26 2015

Netto Brown
Employee/Petitioner

Case # 15 WC 006227
(Office use only)

v.

GMAF, Inc. and State Treasurer and Exofficio Custodian of the Injured Workers' Benefit Fund

Muskogee, OK
Location of accident or last exposure          City, State

Employer/Respondent

| Netto Brown | 2225 Harwinton Pl, Hoffman Estates, IL 60169 |
|---|---|
| Injured employee's name [1] | Street address, City, State, Zip code |
| GMAF Inc. | 701 E. Irving Park Rd., Ste. 202, Roselle, IL 60172 |
| Employer's name | Street address, City, State, Zip code |

Employee information:   State employee? Yes ☐ No ☒   Male ☒ Female ☐   Married ☐ Single ☒

#Dependents under age 18 __0__   Birthdate 5/20/79   Average weekly wage $ **1,000.00**

Date of accident [2] ~~12/17/14~~   The employer was notified of the accident orally ☒ in writing ☐

How did the accident occur? **In the course of employment**

What part of the body was affected? __Whole body, Internal Organs__

What is the nature of the injury? [3] __Unknown__ Return-to-work date [3] _____      Unknown

Is a *Petition for an Immediate Hearing* attached? Yes ☐ No ☒

Is the injured employee currently receiving temporary total disability benefits? Yes ☐ No ☒

If a prior application was ever filed for this employee, list the case number and its status _____

ATTENTION, PETITIONER. This is a legal document. Be sure all blanks are completed correctly and you understand the statements before you sign this. Refer to the Commission's *Handbook on Workers' Compensation and Occupational Diseases* [4] for more information.

NETTO Brown
Signature of petitioner

2/16/15
Date

### APPEARANCE OF PETITIONER'S ATTORNEY
Please attach a copy of the *Attorney Representation Agreement*.

Signature of attorney

**Adam J. Burnett, #4920**
Attorney's name and IC code # [5] (please print)

**Burnett and Caron, Ltd.**
Firm name

**1776 Legacy Circle, Suite 116**
Street address

**Naperville, IL 60563**
City, State, Zip code

**630-355-8686**      **ajb@burnettcaron.com**
Telephone number      E-mail address

IC1 5/12   100 W. Randolph Street #8-200 Chicago, IL 60601 312/814-6611   Toll-free 866/352-3033   Web site: www.iwcc.il.gov
Downstate offices: Collinsville 618/346-3450   Peoria 309/671-3019   Rockford 815/987-7292   Springfield 217/785-7084

car it was Damage
ToTaTaL The other Driver kept
ON going Did Not stop
when I wenT to court my
case was Dealth with Like
I DiD comething when I Almost
Lost my LiFE I Did Nothing
wrong where is my Justice
Equal Right I JusT
got Hit again going to
work May 2017 coming
Home again From work
I FEEL and know this
was ATTEmp murDer oN
my LiFE

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release (the "**Agreement**") is made and entered into on November __, 2015 by and between Netto Vaughn Brown ("**Netto**"), Individually and as Special Representative of the Estate of Israel Gareave-Brown (the "**Estate**"), a Minor, Deceased (collectively Netto and the Estate are referred to as "**Plaintiffs**"), Netto on behalf of his two minor children Aeisha Brown and Latesha Brown, and Carrie Gareave, individually and as a beneficiary of the Estate ("**Carrie**") on the one hand, and Nilsa Campos ("**Campos**") and the University of Chicago Medical Center ("**UCMC**"), on the other (collectively, "**Defendants**"). (Netto, the Estate, Carrie, Campos and UCMC may be individually referred to as a "**Party**" or collectively as the "**Parties**"). In consideration of the mutual promises and covenants contained herein the Parties agree as follows:

### RECITALS

**WHEREAS**, on or about May 10, 2011, Israel was born and received medical care and treatment from UCMC, Campos and/or other UCMC physicians or employees from May 10, 2011 through September 27, 2011;

**WHEREAS**, Plaintiffs filed a Charge of Discrimination with the Illinois Department of Human Rights ("**IDHR**"), Charge No. 2012 CP 2091 (the "**Charge**"), alleging that UCMC discriminated against Netto based on his race, in violation of the Illinois Human Rights Act ("**IHRA**"), 775 ILCS 5/1-101 et seq., by restricting his access to UCMC, a place of public accommodation;

**WHEREAS**, on January 18, 2013, the IDHR issued a Notice of Substantial Evidence permitting Plaintiffs to commence a civil action in the appropriate state circuit court;

1

CHICAGO/#2772434.4

(b)    An IRS Form 1099 will be issued for the amount described in subparagraph (a). Plaintiffs agree that they are solely responsible for the payment of any and all taxes related to the Settlement Payment.

(c)    For the purposes of this Agreement, counsel for Defendants (Randall Lending) can be contacted at 312-609-7564 and rlending@vedderprice.com.

(d)    Plaintiffs agree that, with the exception of the Settlement Payment, they are not entitled to any payments from Defendants of any kind, including but not limited to any payments for damages of any type, including but not limited to compensatory, liquidated, emotional distress or punitive damages, attorneys' fees, costs or other payments.

3.    <u>Mediation Costs.</u>   Defendants and/or their insurers shall pay all of the costs of the mediation which took place at ADR Systems on November 5, 2015.

4.    <u>Written Apology.</u>  Campos apologizes to Netto and Israel for any indignity, disrespect or pain that they may have sustained as a result of any actions she may have taken between May 10, 2011 and September 27, 2011.  Campos never intended to hurt Plaintiffs.

5.    <u>Representations.</u>  Netto represents he has two living children, Aeisha Brown and Latesha Brown, both of whom are minors and reside in Jamaica.   Netto further represents that he has full authority as father of Aeisha Brown and Latesha Brown to enter into this Agreement on their behalf and represents and warrants that as Special Representative of the Estate, he will make all distributions to heirs of the Estate in accordance with Illinois intestacy laws. Carrie represents she has no living children.  Netto and Carrie understand that the aforementioned representations are material to Defendants agreement to make the Settlement Payment and agree that a breach of these representations would subject them to liability for damages, including disgorgement to UCMC of any amount of the Settlement Payment they received.



I came Home yesterday May 3-2018
Hoffman police also kick off my
~~Door~~ Fence ~~totally~~ ON 4-29-2018

HE108277

on _4_ _7_ _15_ ___ Robert ___ 3795 Harrington Pl
Badge ___ ___ N.E. IL 60167

at ___ Door End of ___

Defendant herein, did violate the below local ordinance

☐ Parked with expired plates (PXP) 11/14
☐ Parked "no parking this side" (NPS)
☐ Parked blocking snow removal (BSR)
☐ Parking over 72 hours (S72)

**$30 Fine**

**$50 Fine**
☐ Failure to wear seat belt (SB)
☐ Expired license plates (EXP)
☐ Parked in fire lane (FL)
☐ Drivers license not on person (DLP)
☐ Tinted/obstructed windows (OW)
☐ Disorderly Conduct (DC)

☐ Other _____

Fine $ ___

Local Ordinance Section _____ Violation Code ___

| Make | Year | License Number | State | Month/Year |
|------|------|----------------|-------|------------|
| Chevrolet | 1988 | TS19968 | IL | 11/14 |

Officer _Tayl_ Badge # 979

DUE DATE - WITHIN 10 DAYS OF THIS NOTICE YOU MUST PAY THE FINE

You may, BEFORE DUE DATE:
(1) Mail check or money order for the fine amount in this envelope, or
(2) Pay in person at 1900 Hassell Road, Hoffman Estates, IL 60169 or
(3) Pay on-line at www.hoffmanestates.org

OR

APPEAR AT THE HEARING ON

3-4-15
Month/Day/Year

7:00 PM
Time

☐ Must appear at hearing

HEARING LOCATION
Hoffman Estates Police Dept.
411 W. Higgins Road
Hoffman Estates, IL 60169

Do Not Send Cash

---

## VIOLATION NOTICE    VILLAGE OF HOFFMAN ESTATES

HE1098317

on _7_ _4_ _15_ @ ___ Brown Robt
___ 2225 Harrington
___ Hoffman Estates, IL 60169

at 2221 Harrington

Defendant herein, did violate the below local ordinance

**$30 Fine**
☐ Parked with expired plates (PXP)
☐ Parked "no parking this side" (NPS)
☐ Parked blocking snow removal (BSR)
☐ Parked over 72 hours (S72)

**$50 Fine**
☐ Failure to wear seat belt (SB)
☐ Expired license plates (EXP)
☐ Parked in fire lane (FL)
☐ Drivers license not on person (DLP)
☐ Tinted/obstructed windows (OW)
☐ Disorderly Conduct (DC)

☐ Other _____

Fine $ ___

Local Ordinance Section _____ Violation Code ___

| Make | Year | License Number | State | Month/Year |
|------|------|----------------|-------|------------|
| Honda | 1996 | L446439 | IL | 7/15 |

Officer _____ Badge # 215

DUE DATE - WITHIN 10 DAYS OF THIS NOTICE YOU MUST PAY THE FINE

You may, BEFORE DUE DATE:
(1) Mail check or money order for the fine amount in this envelope, or
(2) Pay in person at 1900 Hassell Road, Hoffman Estates, IL 60169 or
(3) Pay on-line at www.hoffmanestates.org

OR

APPEAR AT THE HEARING ON

7-3-15
Month/Day/Year

7:00 PM
Time

☐ Must appear at hearing

HEARING LOCATION
Hoffman Estates Police Dept.
411 W. Higgins Road
Hoffman Estates, IL 60169

Do Not Send Cash

## STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

CHICAGO OFFICE
100 RANDOLPH STREET
SUITE 10-100 INTAKE UNIT
CHICAGO, ILLINOIS 60601
(312) 814-6200

SPRINGFIELD OFFICE
DEPARTMENT OF HUMAN RIGHTS
222 SOUTH COLLEGE, ROOM 101
SPRINGFIELD, ILLINOIS 62704
(217) 785-5100

CHARGE NO:   2017CP3281
Control #   18M0705.06

### CHARGE OF DISCRIMINATION

I, Netto Brown , 2225  Harwinton Place, Hoffman Estates, Illinois 60169,  (847) 840-4711, believe
that I have been personally aggrieved by a civil rights violation committed on  5/31/17  and 6/1/17
by:

**RESPONDENT**

**St. Alexius Medical Center**
1555 Barrington Road
Hoffman Estates, Illinois 60169
(847) 843-2000
Cook

The particulars of the alleged civil rights violation are as follows:

IDHR INTAKE
JAN 2 '18 PM 1:57

### [SEE ATTACHED]

I, Netto Brown , on oath or affirmation state that I am the Complainant herein, that I have read
the foregoing charge and know the contents thereof, and that the same is true and correct to the
best of my knowledge.

_NETTO VaigHN BROWN_
Complainant's Signature/Date

Subscribed and Sworn to

Before me this ___2___ day

Of ___December___ , 2017

_Alexandra G. Basurto_
NOTARY PUBLIC SIGNATURE

"return this copy"

EEO-5 FORM (Rev. 7/12-INT)

HOFFMAN ESTATES POLICE DEPARTMENT

INTERNAL INVESTIGATIONS

COMPLAINT RECEIPT FORM

C. R. NO._____ S.C. NO._____ DATE 2-29-2018

5-20-1979

COMPLAINANT_____ SEX Male RACE B DOB:~~____~~

ADDRESS 2225 Hoh-inte CITY STATE IL TX 847 840-4711

MANNER COMPLAINT TAKEN: IN PERSON____ TELEPHONE_____ LETTER_____

COMPLAINT CATEGORY:_____

LOCATION OF INCIDENT: Berrington Square DATE:_____ TIME_____

OFFICer Hoffman

ACCUSED MEMBER_____ police ~~they said~~ #_____

ISSUING OFFICER'S SIGNATURE: 2-29-2018 DATE 2-29-2018

COMPLAINANT'S SIGNATURE: NEtto Brown DATE_____

I was NOT DOing aNything
He said by me Have my Lights oN
my car Look Supcious I pay my associat
FEE There

PREPARE IN DUPLICATE:     Original copy to complainant.
                         Copy to investigator's file.

HE-41

Lt. Com Brunus
847 781-2807

HOFFMAN ESTATES POLICE DEPARTMENT INTERNAL INVESTIGATIONS

## APPENDIX A

### COMPLAINT RECEIPT FORM

C. R. NO._____ S.C. NO._____ DATE 5 · 8 · 17

COMPLAINANT _Netto Brown_ SEX _M_ RACE _B_ DOB: _5·20·79_

ADDRESS _22 2 S Hammeton_ CITY _HE_ STATE _IL_ TX _60189_

MANNER COMPLAINT TAKEN:  IN PERSON _X_ TELEPHONE_____ LETTER_____

COMPLAINT CATEGORY: _Harassment_

LOCATION OF INCIDENT: _Garibaldis_ DATE: _See Comp_ TIME_____

ACCUSED MEMBER _Sean Kenost_ #_266_

ISSUING OFFICER'S SIGNATURE: _MALan for HRussman_ DATE _5·8·17_

COMPLAINANT'S SIGNATURE: _X NETTO Brown_ DATE _5·8·17_

This ~~is~~ is officer got investigate

---

PREPARE IN DUPLICATE:        Original copy to complainant.
                             Copy to investigator's file.

HE-41

for searching me TEN Time as I sit in MY car at the PoND I was NEVeh ARRest He kept oN Doing UNTIL He was Being ~~by~~ INVestigate By INTerNaL

**RP-07 / 10**

# VILLAGE OF SCHAUMBURG
# Complaint Receipt Form

| | |
|---|---|
| Complaint Receipt #: _____ | Related RD Number: _____ |
| Date/Time of Incident: 4-23-2017 | Date/Time Reported: _____ |
| Complainant: _____ | Telephone Number: _____ |
| Date of Birth: 5-20-59 | |
| Address: 2225 Harmiton place Hoffman | |

| | | |
|---|---|---|
| Witness: _____ | Telephone Number: _____ |
| Address: _____ | |
| Witness: _____ | Telephone Number: _____ |
| Address: _____ | |
| Witness: _____ | Telephone Number: _____ |
| Address: _____ | |

**Complaint Description:**
*Please be as detailed as possible, use a separate page if necessary.*

I Was in My Car again
By schaumburgh schaumburgh police
PULL me out Two Officer
search me and my car TRUNK
For No Reason This is My
civil Right Taken Everyday
By Officer outhere

Since I went and complaint
about This situation Thats Happen IT

# HOFFMAN ESTATES POLICE DEPARTMENT INTERNAL INVESTIGATIONS

## APPENDIX A

## COMPLAINT RECEIPT FORM

C. R. NO._____ S.C. NO._____ DATE_____

COMPLAINANT _Nettobrown_ SEX _M_ RACE _Black_ DOB: _5-20-79_

ADDRESS _2225 Harrington_ CITY STATE _Hoffman_ TX _847-840-4711_

MANNER COMPLAINT TAKEN:  IN PERSON_____ TELEPHONE_____ LETTER_____

COMPLAINT CATEGORY:_____

LOCATION OF INCIDENT: _Hoffman_____ DATE: _5-5 2018_ TIME _8 pm_

ACCUSED MEMBER_____ #_____

ISSUING OFFICER'S SIGNATURE:_____ DATE_____

COMPLAINANT'S SIGNATURE X _Netto brown_ DATE _5/6/18_

State of Illinois

County of _COOK_

Signed and attested before me on _5/6/18_ [Date] by

_Netto V. Brown_ [name/s of person/s]

**"OFFICIAL SEAL"**
ALEJANDRA G. BASURTO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/08/21

_Alejandra G. Basurto_
(Signature of Notary Public)

PREPARE IN DUPLICATE:        **Original copy to complainant.**
**Copy to investigator's file.**

HE-41

**NARRATIVE CONTINUED:** He then change the motive to whole Different Storey By saying Someone said I was smoking weed ~~irely~~ so I ask Him do u smell weed and why are you at my House Harraseing me. I was at my House They come to my House to cause problem while I was sleeping They did this for no Reason last week they kick off my fence Now this week they come to my House and knock and did this unconstitutionalize I fear for my life from these officer Hoffman Estate police and there village all Racally Profile

**A false complaint or a complaint where the complainant knows that there are no reasonable grounds for such report can subject the complainant to criminal penalties or civil suit.**

I Have not Been Doing Nothing Wrong they always Been Doing this

Netto Brown                          5-6-2018

**COMPLAINANT'S SIGNATURE**                     **DATE**

**COMPLAINT RESOLVED**_____

**COMPLAINT REQUIRES ADDITIONAL FOLLOW UP**_____

**SUPERVISOR'S SIGNATURE** _____ **#** _____

**APPROVED ( )    NOT APPROVED ( )**

State of Illinois

County of _____ Cook _____

Signed and attested before me on ___5/6/18___ (Date) by

Netto V. Brown                          (name/s of person/s)

_____
**BUREAU CHIEF**

"OFFICIAL SEAL"
ALEJANDRA G. BASURTO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/08/21

(Signature of Notary Public)

**HE-42**                                                        **(Page 2)**

## APPENDIX B
## REPORT OF INQUIRY

C.R. NO._____ S. C. NO._____ DATE_____

COMPLAINANT _Netto Brown_ SEX _Male_ RACE _Black_ DOB _5-20-79_

ADDRESS _2225 Harrington_ CITY STATE _ILL_____ TX _847-840-4711_

COMPLAINT RECEIVED BY _____#_____DATE_____TIME_____

MANNER COMPLAINT TAKEN: IN PERSON _____TELEPHONE_____LETTER____

COMPLAINT CATEGORY:_____

LOCATION OF INCIDENT _Hoffman_____ DATE _5-5-2018_ TIME _8:_

ACCUSED MEMBER _Officer in white shirt_____ #_____
_sargeant_

WITNESSES:_____TX_____

_____TX_____

_____TX_____

NARRATIVE: _I was at my House officer_
_with white shirt come Down on my_
_street park in front of my House. I ask_
_Him is there a problem. Then. He said there_

_was something wrong with some Vehicle so_
_I ask Him I need to move out can u please_
_Remove your Vehicle from in front of my_
_Driveway. When I went to put on my shoes_
_He knock at my Door and say something Else_
_Else_

HE-42                                                                (Page 1)



| Contusion Discharge Instructions | Printed on 2017-05-26 |
|---|---|

*You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information*

## About this topic

A contusion is also called a bruise. If you have a minor accident, you may see an area of skin discoloration. Small blood vessels break and leak blood under the skin. A fall, bump, or being hit can cause a bruise.

### How a Bruise Heals



## What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says. This way you will know what you need to do.

- Place an ice pack or a bag of frozen peas wrapped in a towel over the injured part. Never put ice right on the skin. You may place the ice pack over the area every 2 hours to help the area feel better. Do not leave the ice on for more than 10 to 15 minutes at a time.

- Rest the hurt body part on a couch or pillow above the level of your heart to lower swelling.

- Do not rub your contusion. This may make it hurt more when you touch it. It may also make the area of contusion bigger.

## What follow-up care is needed?

Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

## What drugs may be needed?

The doctor may order drugs to:

- Help with pain and swelling